```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
  UNITED STATES OF AMERICA,                                       :
                                                                  :       17-CR-592-1 (JMF)
                         -v-                                      :
                                                                  :           ORDER
  JUAN VARGAS,                                                    :
                                          Defendant.              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On April 14, 2023, Defendant Juan Vargas filed a letter motion seeking early termination of supervised release and a letter motion to seal. The Government shall file any opposition to the former no later than **April 24, 2023**; any reply shall be filed by **April 28, 2023**. The latter is denied without prejudice to a letter motion, in accordance with the Court's Individual Rules and Practices, to redact the motion seeking early termination. Defendant shall file such a letter motion (or refile the motion seeking early termination publicly) by **April 21, 2023**. Finally, Defendant's letter motion notes that the Judgment of Conviction does not appear on the public docket. That was an oversight on the Clerk's Office part, as the parties had agreed that the Judgment could be docketed. Accordingly, it will be docketed separately in short order.

      SO ORDERED.

Dated: April 18, 2023
       New York, New York
                                                      JESSE M. FURMAN
                                           United States District Judge